CLOSED

# U.S. District Court
# District of New Jersey [LIVE] (Trenton)
# CIVIL DOCKET FOR CASE #: 3:17−cv−02763−FLW−TJB

| | |
|---|---|
| SANOFI−AVENTIS U.S. LLC v. MYLAN INC. et al | Date Filed: 04/24/2017 |
| Assigned to: Judge Freda L. Wolfson | Date Terminated: 08/08/2017 |
| Referred to: Magistrate Judge Tonianne J. Bongiovanni | Jury Demand: Plaintiff |
| Cause: 15:2 Antitrust Litigation | Nature of Suit: 410 Anti−Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**SANOFI−AVENTIS U.S. LLC**   represented by   **DIANE P. SULLIVAN**
WEIL GOTSHAL & MANGES LLP
17 HULFISH ST.
STE 201
PRINCETON, NJ 08542
609−986−1120
Fax: 609−986−1199
Email: diane.sullivan@weil.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ERIC SHAUN HOCHSTADT**
WEIL GOTSHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NY 10153
212−310−8538
Email: eric.hochstadt@weil.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADAM SCOTT TOLIN**
WEIL GOTSHAL & MANGES LLP
17 HULFISH ST.
STE 201
PRINCETON, NJ 08542
609−986−1104
Email: adam.tolin@weil.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**MYLAN INC.**   represented by   **ARNOLD B. CALMANN**
SAIBER LLC
ONE GATEWAY CENTER
10TH FLOOR
NEWARK, NJ 07102−5311
(973) 622−3333
Fax: (973) 622−3349
Email: abc@saiber.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JEFFREY S. SOOS**
SAIBER LLC
ONE GATEWAY CENTER
10TH FLOOR
NEWARK, NJ 07102−5311
(973) 622−3333
Fax: (973) 622−3349
Email: js@saiber.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **MYLAN SPECIALTY, L.P.** | represented by | **ARNOLD B. CALMANN** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **JEFFREY S. SOOS** (See above for address) *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/24/2017 | Ï 1 | COMPLAINT against MYLAN INC., MYLAN SPECIALTY, L.P. ( Filing and Admin fee $400 receipt number 7788915) with JURY DEMAND, filed by SANOFI−AVENTIS U.S. LLC. (Attachments: # 1 Civil Cover Sheet)(jem) (Entered: 04/24/2017) |
| 04/24/2017 | Ï 2 | Corporate Disclosure Statement by SANOFI−AVENTIS U.S. LLC identifying SANOFI as Corporate Parent. (jem) (Entered: 04/24/2017) |
| 04/24/2017 | Ï 3 | SUMMONS ISSUED as to MYLAN INC., MYLAN SPECIALTY, L.P. Attached is the official court Summons, please fill out Defendant and Plaintiff's attorney information and serve. Issued By *John Moller* (jem) (Entered: 04/24/2017) |
| 04/27/2017 | Ï 4 | TEXT ORDER REALLOCATING AND REASSIGNING CASE. Case Number 3:17−cv−2763. Case reallocated to Newark and reassigned to Judge Madeline Cox Arleo and Magistrate Judge Leda D. Wettre for all further proceedings. Judge Freda L. Wolfson, Magistrate Judge Tonianne J. Bongiovanni no longer assigned to case. So Ordered by Chief Judge Jerome B. Simandle on 4/27/17. (ak, ) (Entered: 04/27/2017) |
| 04/27/2017 | Ï 5 | TEXT ORDER REALLOCATING AND REASSIGNING CASE. Case reallocated to Trenton and reassigned to Judge Freda L. Wolfson and Magistrate Judge Tonianne J. Bongiovanni for all further proceedings. Case previously reallocated to Newark and reassigned to Judge Madeline Cox Arleo and Magistrate Judge Leda D. Wettre in error, and they are no longer assigned to case.. So Ordered by Chief Judge Jerome B. Simandle on 4/27/17. (ak, ) (Entered: 05/01/2017) |
| 05/01/2017 | Ï 6 | SUMMONS Returned Executed by SANOFI−AVENTIS U.S. LLC. MYLAN INC. served on 4/26/2017, answer due 5/17/2017. (SULLIVAN, DIANE) (Entered: 05/01/2017) |
| 05/01/2017 | Ï 7 | SUMMONS Returned Executed by SANOFI−AVENTIS U.S. LLC. MYLAN SPECIALTY, L.P. served on 4/25/2017, answer due 5/16/2017. (SULLIVAN, DIANE) (Entered: 05/01/2017) |
| 05/05/2017 | Ï 8 | |

| | | |
|---|---|---|
| | | MOTION for Leave to Appear Pro Hac Vice by SANOFI–AVENTIS U.S. LLC. (Attachments: # 1 Declaration of Diane P. Sullivan in Support, # 2 Declaration Certified Statement of Yehudah L. Buchweitz in Support, # 3 Certificate of Service)(SULLIVAN, DIANE) (Entered: 05/05/2017) |
| 05/08/2017 | Ï | Set Deadlines as to 8 MOTION for Leave to Appear Pro Hac Vice . Motion set for 6/5/2017 before Magistrate Judge Tonianne J. Bongiovanni. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (seb) (Entered: 05/08/2017) |
| 05/09/2017 | Ï 9 | NOTICE of Appearance by ERIC SHAUN HOCHSTADT on behalf of SANOFI–AVENTIS U.S. LLC (HOCHSTADT, ERIC) (Entered: 05/09/2017) |
| 05/15/2017 | Ï 10 | NOTICE of Appearance by ARNOLD B. CALMANN on behalf of MYLAN INC., MYLAN SPECIALTY, L.P. (CALMANN, ARNOLD) (Entered: 05/15/2017) |
| 05/15/2017 | Ï 11 | NOTICE of Appearance by JEFFREY S. SOOS on behalf of MYLAN INC., MYLAN SPECIALTY, L.P. (SOOS, JEFFREY) (Entered: 05/15/2017) |
| 05/15/2017 | Ï 12 | Application and Proposed Order for Clerk's Order to extend time to answer as to Plaintiff's Complaint –– Mylan Specialty L.P... (CALMANN, ARNOLD) (Entered: 05/15/2017) |
| 05/15/2017 | Ï 13 | Application and Proposed Order for Clerk's Order to extend time to answer as to Plaintiff's Complaint – Mylan Inc... (CALMANN, ARNOLD) (Entered: 05/15/2017) |
| 05/15/2017 | Ï 14 | Corporate Disclosure Statement by MYLAN INC., MYLAN SPECIALTY, L.P.. (CALMANN, ARNOLD) (Entered: 05/15/2017) |
| 05/16/2017 | Ï | Clerk`s Text Order – The document 12 Application for Clerk's Order to Ext Answer/Proposed Order submitted by MYLAN SPECIALTY, L.P. has been GRANTED. The answer due date has been set for 5/30/2017. (seb) (Entered: 05/16/2017) |
| 05/16/2017 | Ï | Clerk`s Text Order – The document 13 Application for Clerk's Order to Ext Answer/Proposed Order submitted by MYLAN INC. has been GRANTED. The answer due date has been set for 5/31/2017. (seb) (Entered: 05/16/2017) |
| 05/17/2017 | Ï 15 | MOTION to Transfer Case to The District of Kansas by MYLAN INC., MYLAN SPECIALTY, L.P.. (Attachments: # 1 Brief, # 2 Declaration of Arnold B. Calmann, Esq., # 3 Exhibit A to the Declaration of Arnold B. Calmann, Esq., # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Text of Proposed Order, # 8 Certificate of Service)(CALMANN, ARNOLD) (Entered: 05/17/2017) |
| 05/17/2017 | Ï 16 | Certification of Arnold B. Calmann, Esq. Pursuant to L. Civ. R. 11.2 on behalf of MYLAN INC., MYLAN SPECIALTY, L.P.. (CALMANN, ARNOLD) (Entered: 05/17/2017) |
| 05/18/2017 | Ï | Set Deadlines as to 15 MOTION to Transfer Case to The District of Kansas . Motion set for 6/19/2017 before Judge Freda L. Wolfson. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (seb) (Entered: 05/18/2017) |
| 05/23/2017 | Ï 17 | ORDER granting 8 Motion for Yehudah L. Buchweitz to Appear Pro Hac Vice, etc. Signed by Magistrate Judge Tonianne J. Bongiovanni on 5/23/2017. (seb) (Entered: 05/24/2017) |
| 05/24/2017 | Ï 18 | Notice of Request by Pro Hac Vice Yehudah L. Buchweitz to receive Notices of Electronic Filings. ( Pro Hac Vice fee $ 150 receipt number 0312–7858787.) (SULLIVAN, DIANE) (Entered: 05/24/2017) |
| 05/25/2017 | Ï | |

| | | |
|---|---|---|
| | | Pro Hac Vice counsel, YEHUDAH L. BUCHWEITZ, has been added to receive Notices of Electronic Filing. Pursuant to L.Civ.R. 101.1, only local counsel are entitled to sign and file papers, enter appearances and receive payments on judgments, decrees or orders. (seb) (Entered: 05/25/2017) |
| 05/25/2017 | Ï 19 | Letter from Arnold B. Calmann, Esq. to the Honorable Freda L. Wolfson, U.S.D.J., Enclosing Proposed Consent Order Extending Time for Defendants to Respond to Complaint. (Attachments: # 1 Text of Proposed Order)(CALMANN, ARNOLD) (Entered: 05/25/2017) |
| 05/30/2017 | Ï 20 | CONSENT ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT: It is ORDERED that Mylans request for an extension of time to respond to the Complaint is granted; the time for Defendants to file their responses to the Complaint is hereby extended until and including July 10, 2017. Signed by Magistrate Judge Tonianne J. Bongiovanni on 5/30/2017. (seb) (Entered: 05/30/2017) |
| 06/05/2017 | Ï 21 | MEMORANDUM in Opposition filed by SANOFI−AVENTIS U.S. LLC re 15 MOTION to Transfer Case to The District of Kansas (Attachments: # 1 Declaration of Eric S. Hochstadt, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Index M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S)(SULLIVAN, DIANE) (Entered: 06/05/2017) |
| 06/07/2017 | Ï 22 | CERTIFICATE OF SERVICE by SANOFI−AVENTIS U.S. LLC re 21 Memorandum in Opposition of Motion,, (SULLIVAN, DIANE) (Entered: 06/07/2017) |
| 06/08/2017 | Ï | CLERK'S QUALITY CONTROL MESSAGE – The 22 Certificate of Service submitted by Diane Sullivan on 6/7/2017 contains an improper signature. Only the filing user is permitted to sign electronically filed documents with an s/. PLEASE RESUBMIT THE DOCUMENT WITH A PROPER ELECTRONIC SIGNATURE. This submission will remain on the docket unless otherwise ordered by the court. (seb) (Entered: 06/08/2017) |
| 06/08/2017 | Ï 23 | CERTIFICATE OF SERVICE by SANOFI−AVENTIS U.S. LLC re 21 Memorandum in Opposition of Motion,, (SULLIVAN, DIANE) (Entered: 06/08/2017) |
| 06/09/2017 | Ï 24 | Letter from Arnold B. Calmann, Esq. to the Honorable Tonianne J. Bongiovanni, U.S.M.J. Regarding Extension of Time for Defendants to Respond to the Complaint. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Text of Proposed Order)(CALMANN, ARNOLD) (Entered: 06/09/2017) |
| 06/12/2017 | Ï 25 | RESPONSE re 24 Letter,. (Attachments: # 1 Exhibit 1)(SULLIVAN, DIANE) (Entered: 06/12/2017) |
| 06/12/2017 | Ï 26 | REPLY BRIEF to Opposition to Motion filed by MYLAN INC., MYLAN SPECIALTY, L.P. re 15 MOTION to Transfer Case to The District of Kansas (Attachments: # 1 Certificate of Service)(CALMANN, ARNOLD) (Entered: 06/12/2017) |
| 06/16/2017 | Ï 27 | RESPONSE re 24 Letter,. (SULLIVAN, DIANE) (Entered: 06/16/2017) |
| 06/19/2017 | Ï 28 | Letter from Arnold B. Calmann, Esq., on behalf of Mylan, to the Honorable Tonianne J. Bongiovanni, U.S.M.J. re 25 Response (NOT Motion), 27 Response (NOT Motion). (CALMANN, ARNOLD) (Entered: 06/19/2017) |
| 06/28/2017 | Ï | Set/Reset Deadlines as to 15 MOTION to Transfer Case to The District of Kansas . Motion set for ORAL ARGUMENT ON 7/12/2017 10:00 AM in Trenton − Courtroom 5E before Judge Freda L. Wolfson. (jg, ) (Entered: 06/28/2017) |
| 06/29/2017 | Ï 29 | Letter from Arnold B. Calmann, Esq. to the Honorable Tonianne J. Bongiovanni, U.S.M.J. Regarding Extension of Time to Respond to Complaint re Set/Reset Motion and R&R |

| | | |
|---|---|---|
| | | Deadlines/Hearings. (CALMANN, ARNOLD) (Entered: 06/29/2017) |
| 06/29/2017 | Ï 30 | LETTER ORDER that in light of the District Court's decision to hold oral argument on Mylan's motion to transfer this case to the District of Kansas on July 12, 2017, the deadline for Mylan to respond to Sanofi−Aventis U.S. LLC's ("Sanofi") Complaint is stayed. As the parties are aware, the District Court may rule during oral argument on the motion to transfer or may indicate when it intends to rule. The Court shall revisit the issue of when Mylan's response is due after the oral argument is held. Signed by Magistrate Judge Tonianne J. Bongiovanni on 6/29/2017. (seb) (Entered: 06/30/2017) |
| 06/30/2017 | Ï 31 | Letter from Diane P. Sullivan re: Permission for attorney admitted pro hac vice to argue in opposition to motion to transfer. (SULLIVAN, DIANE) (Entered: 06/30/2017) |
| 06/30/2017 | Ï 32 | NOTICE of Appearance by ADAM SCOTT TOLIN on behalf of SANOFI−AVENTIS U.S. LLC (TOLIN, ADAM) (Entered: 06/30/2017) |
| 07/12/2017 | Ï 33 | ORDER denying Defendant's 15 Motion to Transfer Case to the District of Kansas; Defendants shall file their Answer or otherwise move by no later than July 28, 2017. Signed by Judge Freda L. Wolfson on 7/12/2017. (seb) (Entered: 07/12/2017) |
| 07/12/2017 | Ï 34 | Minute Entry for proceedings held before Judge Freda L. Wolfson: Motion Hearing held on 7/12/2017 re 15 MOTION to Transfer Case to The District of Kansas filed by MYLAN INC., MYLAN SPECIALTY, L.P. Court Ordered Motion is Denied; Defendants to answer or move no later than 7/28/2017. Order to be filed. (Court Reporter/Recorder Vincent Russoniello.) (jmm, ) (Entered: 07/12/2017) |
| 07/25/2017 | Ï 35 | Transcript of MOTION TO TRANSFER held on 7/12/2017, before Judge Freda L. Wolfson. Court Reporter− Vincent Russoniello (609−588−9516). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e−file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter due, but not filed, by 8/15/2017. Redacted Transcript Deadline set for 8/25/2017. Release of Transcript Restriction set for 10/23/2017. (kas, ) (Entered: 07/28/2017) |
| 07/28/2017 | Ï 36 | MOTION to Dismiss *Plaintiff's Complaint* by MYLAN INC., MYLAN SPECIALTY, L.P.. (Attachments: # 1 Brief, # 2 Declaration of Arnold B. Calmann, Esq. in support of Defendants' Motion to Dismiss Plaintiff's Complaint, # 3 Exhibit A to the Declaration of Arnold B. Calmann, Esq., # 4 Exhibit B to the Declaration of Arnold B. Calmann, Esq., # 5 Text of Proposed Order, # 6 Certificate of Service)(CALMANN, ARNOLD) (Entered: 07/28/2017) |
| 07/31/2017 | Ï | Set Deadlines as to 36 MOTION to Dismiss *Plaintiff's Complaint*. Motion set for 8/21/2017 before Judge Freda L. Wolfson. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (seb) (Entered: 07/31/2017) |
| 08/07/2017 | Ï 37 | Rule 7.1(d)(5) Letter for an automatic extension of the return date of a dispositive motion filed by SANOFI−AVENTIS U.S. LLC re 36 MOTION to Dismiss *Plaintiff's Complaint (request for extension of return date of motion to September 5, and response date to August 22, 2017)* (SULLIVAN, DIANE) (Entered: 08/07/2017) |
| 08/07/2017 | Ï | Reset Deadlines as to 36 MOTION to Dismiss *Plaintiff's Complaint*. Motion reset for 9/5/2017 before Judge Freda L. Wolfson. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message |

|            |       |                                                                                                                                                            |
|------------|-------|------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |       | from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (km) (Entered: 08/07/2017) |
| 08/08/2017 | 38    | Transfer Order of MDL Panel transferring case to the USDC for the District of Kansas. (dm ) (Entered: 08/08/2017)                                          |