# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

**SANOFI-AVENTIS US, LLC,**

       **Plaintiff,**

v.                                                                  Case No. 17-2452-DDC-TJJ

**MYLAN, INC. AND
MYLAN SPECIALTY, LP,**

       **Defendants.**

## JUDGMENT IN A CIVIL CASE

☐     Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒     Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

**Plaintiff Sanofi-Aventis US, LLC recovers nothing on its claims against defendants Mylan, Inc. and Mylan Specialty, LP, and judgment is entered on the merits against its claims consistent with the Memorandum and Order (Doc. 2254 - filed in 17-md-2785) filed on December 17, 2020.**

**Also, counterclaim plaintiff Mylan Specialty, LP recovers nothing on its counterclaims against counterclaim defendant Sanofi-Aventis US, LLC, and judgment is entered on the merits against its counterclaims consistent with the Memorandum and Order (Doc. 2254 - filed in 17-md-2785) filed on December 17, 2020.**

| | |
|---|---|
|   12/17/2020 | TIMOTHY M. O'BRIEN |
| Date | CLERK OF THE DISTRICT COURT |
| | |
| | by:  s/ Megan Garrett |
| | Deputy Clerk |