**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**January 14, 2021**

**Christopher M. Wolpert**
**Clerk of Court**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| SANOFI-AVENTIS US, LLC, | |
|     Plaintiff Counterclaim Defendant - Appellant, | |
| v. | No. 21-3006 |
| MYLAN, INC., | (D.C. No. 2:17-CV-02452-DDC-TJJ) |
|     Defendant - Appellee, | (D. Kan.) |
| and | |
| MYLAN SPECIALTY, LP, | |
|     Defendant Counterclaimant - Appellee. | |

_____

**ORDER**
_____

Appeal No. 21-3006 was opened in error and shall be administratively closed. The appeal arises out of Multi-District Litigation in the District of Kansas. Sanofi-Aventis US, LLC filed a notice of appeal from the district court's December 17, 2020 judgment on the docket for the MDL case, which was opened as Appeal No. 21-3005. It also filed a notice of appeal on the docket for its individual case number, which was opened as Appeal No. 21-3006. The district court transmitted both appeals separately,

which resulted in this court opening two appeals. Because No. 21-3006 is duplicative of No. 21-3005, Appeal No. 21-3006 is administratively closed.

        Entered for the Court
        CHRISTOPHER M. WOLPERT, Clerk

        *[signature: Jane K. Castro]*

        by: Jane K. Castro
            Chief Deputy Clerk