IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE:   EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation | Case No. 2:17-MD-02785-DDC-TJJ |
| SANOFI-AVENTIS U.S., LLC,<br><br>                       Plaintiff,<br>v.<br><br>MYLAN INC., et al.,<br><br><br>                       Defendants,<br><br>This document applies to the *Sanofi* case. | Case No. 2:17-cv-02452-DDC-TJJ<br><br><br><br><br>*Document Filed Electronically* |

## MOTION FOR LEAVE TO FILE OVERLENGTH BILL OF COSTS BRIEF

Deno Himonas
Jeremy Brodis
WILSON, SONSINI, GOODRICH & ROSATI
15 W. South Temple, Suite 1700
Salt Lake City, Utah 84101
Telephone: (801) 401-8510
dhimonas@wsgr.com
jbrodis@wsgr.com

*Attorneys for Defendant Mylan Inc. and Defendant and Counterclaim Plaintiff Mylan Specialty L.P.*

Comes now Mylan Inc. and Mylan Specialty LP ("**Mylan**") and pursuant to Local Rule 7.1(d)(4) submits the following motion for leave to file an overlength brief in support of its forthcoming Bill of Costs incurred in the action brought by Sanofi-Aventis U.S., LLC ("**Sanofi**"), case no. 17-cv-2452 (the "Sanofi case"). This motion is timely because it is filed more than three days in advance of the due date for Mylan's bill of costs and supporting brief, which Mylan computes to be May 17, 2023 based on the Court's October 18, 2022 Order granting the parties' joint request for an extension of time to file.[1] For the reasons that follow, Mylan respectfully submits that good cause exists for granting Mylan leave to file a brief that is no more than 27 pages in length.[2]

The requested excess pages are appropriate because the costs Mylan seeks arise from a lengthy, complex, and contentious litigation that caused Mylan to incur substantial recoverable costs in a variety of cost categories. This request for excess pages is commensurate with the scope of the underlying matter, the magnitude of costs incurred, and the amount of factual and legal explanation necessary to brief each implicated category of costs.

For example, Mylan would prefer to submit a relatively more detailed brief that provides a thorough explanation of costs associated with e-discovery. As this Court is likely aware, the state of the law on e-discovery cost recovery is not uniform throughout the nation, and Mylan respectfully requests leave to provide a sufficiently detailed analysis that will aid in the assessment

---

[1] Pursuant to the Court's Order, Mylan has 30 days from "the final resolution of Sanofi's petition for writ of certiorari" to file its bill of costs and supporting materials. Dkt. No. 2634. The Supreme Court denied the petition on April 17, 2023. Dkt. No. 2636.

[2] Counsel for Mylan has conferred with counsel for Sanofi, who confirmed that Sanofi does not oppose Mylan's request for leave to file an overlength brief.

of these costs. Shortening these or other explanations in Mylan's briefing could have the undesirable and unintended effect of shifting more work to the clerk and/or the Court.

For these reasons, Mylan respectfully requests the Court enter an order permitting it to file a brief supporting its bill of costs that is no more than 27 pages in length.

DATED:  May 4, 2023                          Respectfully submitted,

s/ Deno Himonas

Deno Himonas
Jeremy Brodis
WILSON, SONSINI, GOODRICH & ROSATI
15 W. South Temple, Suite 1700
Salt Lake City, Utah 84101
Telephone: (801) 401-8510
dhimonas@wsgr.com
jbrodis@wsgr.com

*Attorneys for Defendant Mylan, Inc. and Defendant and Counterclaim Plaintiff Mylan Specialty L.P.*

**CERTIFICATE OF SERVICE**

On this 4th day of May, 2023, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which provides a notice of such filing on each attorney registered for ECF notification to the counsel of record in this case.

                                        s/ Deno Himonas
                                        Deno Himonas
                                        Jeremy Brodis

                                        WILSON, SONSINI, GOODRICH & ROSATI
                                        15 W. South Temple, Suite 1700
                                        Salt Lake City, Utah  84101
                                        Telephone: (801) 401-8510
                                        dhimonas@wsgr.com
                                        jbrodis@wsgr.com

                                        *Attorneys for Defendant Mylan, Inc. and Defendant and Counterclaim Plaintiff Mylan Specialty L.P.*